# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Novo Nordisk A/S, et al., | No. CV-24-02361-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Passarelli Group Incorporated, | |
| Defendant. | |

This matter is before the Court on Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc.'s ("Plaintiffs" or "Novo Nordisk") Motion for Attorneys' Fees (Doc. 24) (the "Motion"). Having considered Plaintiffs' Motion and with good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded and Defendant shall pay Plaintiffs $43,891.73 for their attorneys' fees incurred in this action with post-judgment interest to accrue at the statutory rate until paid in full.

Dated this 20th day of November, 2025.

Honorable Susan M. Brnovich
United States District Judge